RECEIVED
IN ALEXANDRIA, LA.
FEB 18 2010
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| SHARLYN BERTRAND | : | DOCKET NO. 09-0076 |
| VS. | : | JUDGE TRIMBLE |
| GREG FISCHER, TARGET CORPORATION AND ACE AMERICAN INSURANCE COMPANY | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**ORDERED, ADJUDGED AND DECREED** that all claims against Greg Fischer are hereby **DISMISSED** with prejudice. The undersigned further hereby **AFFIRMS** the Magistrate Judge's Orders denying remand and denying Plaintiff's motion for leave to file the amended complaint issued on December 29, 2009.[1]

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 18th day of February, 2010.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Docs. #44 and 45.