UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| SHARLYN BERTRAND | * | CIVIL ACTION NO. 2:09-CV-00076 |
| | * | |
| VERSUS | * | JUDGE TRIMBLE |
| | * | |
| GREG FISCHER, TARGET CORPORATION and ACE AMERICAN INSURANCE COMPANY | * * * | MAGISTRATE JUDGE KAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEAL

Notice is hereby given that Sharlyn Bertrand, Plaintiff, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final Judgment entered in this action on February 18, 2010, wherein *Plaintiff's Objections to Memorandum Ruling and Report and Recommendation of Magistrate Judge* were denied by the Honorable James T. Trimble, Jr., and the Court dismissed all claims against Gregory Fischer with predjudice and affirmed the Magistrate Judge's orders denying remand and denying Plaintiff's motion for leave to file the amended complaint, which Magistrate's order was issued on December 29, 2009.

Respectfully submitted,

/s/ Steven Broussard
STEVEN BROUSSARD (3518)
BROUSSARD & HART, LLC
1301 Common Street
Lake Charles, LA 70601
Telephone: (337) 439-2450 / Fax: 439-3450
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 10th day of March, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record and via U.S. mail, properly addressed and postage prepaid.

                                                              _____
                                                              STEVEN BROUSSARD